TARTER KRINSKY & DROGIN LLP
*Attorneys for Defendants Greenburgh Eleven*
*Union Free School District and Elton Thompson*
Richard L. Steer
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
rsteer@tarterkrinsky.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUDY SUGAR,<br>　　　　　　*Plaintiff*,<br><br>v.<br><br>GREENBURGH ELEVEN UNION FREE SCHOOL DISTRICT and ELTON THOMPSON, in his Individual Capacity,<br><br>　　　　　　*Defendants*. | Case No. 7:18-cv-00067-VB<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

  **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Richard L. Steer, signed March 5, 2018, the Declaration of Anthony Gyetua-Danguah, signed March 5, 2018, the Declaration of Elton Thompson, signed March 4, 2018, the Declaration of Monica Carman, signed March 5, 2018, and the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, Defendants, Greenburgh Eleven Union Free School District, and Elton Thompson (collectively, "Defendants"), by their undersigned attorneys, Tarter Krinsky & Drogin LLP, will move this Court, before the Honorable Vincent L. Briccetti, at the United States District Courthouse, located at 300 Quarropas Street, White Plains, New York 10601, Courtroom 620, at a date and time set by the Court, for an order dismissing Plaintiff's Complaint, pursuant to Fed. R. Civ. P. 12(b)(6), with prejudice, and for such further and other relief as the Court may deem just and proper.

Dated: New York, New York
   March 5, 2018

              **TARTER KRINSKY & DROGIN LLP**
              *Attorneys for Defendants*

              By: s/Richard L. Steer
                Richard L. Steer
                1350 Broadway, 11th Floor
                New York, New York 10018
                Tel.: (212) 216-8000
                rsteer@tarterkrinsky.com