UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JUDY SUGAR,
                     Plaintiff,

v.

GREENBURGH ELEVEN UNION FREE
SCHOOL DISTRICT AND ELTON
THOMPSON, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITIES,
                     Defendants.
------------------------------------------------------------x



**OPINION AND ORDER**

18 CV 67 (VB)

The Court conducted an on-the-record conference today, at which plaintiff, plaintiff's counsel, and defendants' counsel appeared in person. It is HEREBY ORDERED:

1. By November 8, 2019, Plaintiff shall file a letter stating whether documentation respecting the settlement terms negotiated on March 25, 2019, before the Hon. Judith C. McCarthy, will be consummated.

2. If not, then defendants shall file, on or before December 9, 2019, a motion to enforce the settlement agreement.

3. Plaintiff's opposition, if any, shall be filed on or before December 23, 2019.

4. Defendants' reply, if any, shall be filed on or before January 6, 2020.

Dated: October 16, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge