

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard L. Steer
212-216-8070 Direct Dial
rsteer@tarterkrinsky.com

December 6, 2019

**Via ECF**

Hon. Vincent L. Briccetti
United States Courthouse
Southern District of New York
300 Quarropas Street, Courtroom 620
White Plains, NY 10601

12/6/19

Re:   ***Sugar v. Greenburgh Eleven Union Free School District, et al.***
      **Case No. 7:18-cv-00067-VB**

Dear Judge Briccetti:

We represent defendants, Greenburgh Eleven Union Free School District and Elton Thompson (collectively "Defendants"), in the above-referenced action. We write pursuant to your Honor's Individual Practice Rules, to request permission for leave to file a motion to enforce the settlement under seal, as per Your Honor's directives in the October 17, 2019 Opinion and Order (ECF No. 73).

Respectfully,

s/ Richard L. Steer

---

APPLICATION GRANTED:

Defendants may conditionally file the motion under seal. However, defendants shall file, together with the motion, a supplemental letter in support of their request to seal, pursuant to Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119 (2d Cir. 2006), setting forth why any portion of the motion should be sealed. At that time, the Court will decide if sealing is appropriate. If defendants fail to file a supplemental letter, the Court will order the Clerk to unseal the motion.

The Clerk shall terminate the letter-motion. (Doc. #75).

SO ORDERED:

Vincent L. Briccetti, U.S.D.J., 12/6/2019