UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------x
JUDY SUGAR,
                         Plaintiff,

v.

**ORDER**

GREENBURGH ELEVEN UNION FREE
SCHOOL DISTRICT AND ELTON
THOMPSON, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITIES,
                         Defendants.

18 CV 67 (VB)

------------------------------------------------------------x

      Pending before the Court is defendants' application to file under seal their motion to enforce the parties' disputed settlement. (Doc. #77). Defendants contend the motion, along with the March 25, 2019, transcript of the settlement proceedings before Magistrate Judge McCarthy, should be filed under seal because there is no established presumption of access to the parties' settlement discussions and documents, and the parties intended that the terms of the settlement be confidential.

      The Court is not entirely persuaded that the motion and related papers should be sealed in their entirety. However, for the reasons stated in defense counsel's letter of December 9, 2019, the application to file the motion under seal is GRANTED.

      The parties are advised that when the motion is fully briefed, the Court may re-consider whether sealing of all or some part of the motion is appropriate. Before unsealing the motion and underlying papers, the Court will give the parties an opportunity to be heard.

      By December 12, 2019, defendants shall file their motion under seal.

      Plaintiff's opposition to the motion, if any, shall be filed under seal by December 30, 2019.

      Defendants' reply, if any, shall be filed under seal by January 13, 2020.

      The parties shall provide paper courtesy copies of all filings directly to Chambers.

      The Clerk is instructed to terminate the letter motion. (Doc. #77).

Dated: December 10, 2019
       White Plains, NY

SO ORDERED:

/s/ Vincent L. Briccetti

Vincent L. Briccetti
United States District Judge

1