UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JUDY SUGAR,

        Plaintiff,

v.

GREENBURGH ELEVEN UNION FREE
SCHOOL DISTRICT and ELTON
THOMPSON, in his individually capacity,

        Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 67 (VB)

      On December 11, 2019, defendants Greenburgh Eleven Union Free School District and Elton Thompson filed under seal a motion to enforce a settlement agreement. (Doc. #79). Defendants assert the settlement agreement memorializes settlement terms plaintiff and defendants agreed to on March 25, 2019, during a settlement conference before Magistrate Judge McCarthy.

      By Order dated January 24, 2020, the Court extended to March 31, 2020, plaintiff's time to retain new counsel and/or oppose the motion. (Doc. #88). The January 24 Order warned plaintiff her opposition to the motion would be due March 31, 2020, whether or not she has retained new counsel by that date, and that if plaintiff failed to oppose the motion by March 31, 2020, the Court may deem the motion unopposed and fully submitted.

      To date, plaintiff has failed to oppose the motion.

      Accordingly, it is HEREBY ORDERED:

      The Court sua sponte extends to April 17, 2020, plaintiff's time to retain counsel and/or oppose the motion to dismiss. **To be clear, plaintiff's opposition is due April 17, 2020, whether or not she has retained new counsel by that date. If plaintiff fails to oppose defendant's motion by April 17, 2020, the Court will deem the motion unopposed and fully submitted.**

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 3, 2020
      White Plains, NY

                            SO ORDERED:

                            _____
                            Vincent L. Briccetti
                            United States District Judge